PONDEROSA DAIRY, Plaintiff—
Appellant,

v.

Ann M. VENEMAN, Secretary, Depart-
ment of Food & Agriculture, State
of California, Defendant,

and

A.J. Yates, Deputy Secretary of Agricul-
ture, Department of Food & Agricul-
ture, State of California, et al., Defen-
dants—Appellees.

HILLSIDE DAIRY, INC., et al.,
Plaintiffs—Appellants,

v.

Ann M. Veneman, Secretary of the
California Department of Food
& Agriculture, Defendant,

and

A.J. Yates, as Undersecretary of the Cal-
ifornia Department of Food & Agri-
culture, et al., Defendants—Appellees.

No. 99–16981, 99–16982.
D.C. No. CV–97–01185–GEB(JFM),
CV–97–01179–GEB(JFM).

United States Court of Appeals,
Ninth Circuit.

Aug. 12, 2003.

Before SNEED and SILVERMAN,
Circuit Judges and SEDWICK, District
Judge.[1]

1. The Honorable John W. Sedwick, United
States District Judge for the District of Alas-
ka, sitting by designation.
* This panel unanimously finds this case suit-
able for decision without oral argument. See
Fed. R.App. P. 34(a)(2).

ORDER

This court's decision has been reversed
by the United States Supreme Court and
remanded for further proceedings. Our
decision had affirmed the district court, so
we now remand these cases to the United
States District Court for the Eastern Dis-
trict of California for further proceedings
consistent with the decision by the United
States Supreme Court.